Joseph Seeberger, appellant, v. John W. Fowler, appellee. Gen. No. 34,808.

Opinion filed June 26, 1931.

Raymond Kelner and C. Helmer Johnson, for appellant. Deming, Jarrett & Mulfinger, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Newton B. Lauren and State Bank of Chicago, plaintiffs in error, v. George W. Prassas and George C. Hield, defendants in error. Gen. No. 34,822.

Opinion filed June 26, 1931.

Eugene W. Rogers, for plaintiffs in error; John R. Herren, of counsel. Robert J. Nordhold, for defendants in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Chicago Trust Company, as receiver for Roosevelt-Bankers State Bank, defendant in error, v. Max Alexander, plaintiff in error. Gen. No. 34,867.

Opinion filed June 26, 1931.

Schuyler, Dunbar & Weinfeld, for plaintiff in error; Howard D. Moses and Henry E. Jacobs, of counsel. Louis J. Behan and William J. Corrigan, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

The People of the State of Illinois ex rel. Frank A. Countryman, appellee, v. South Park Commissioners et al., appellants. Gen. No. 34,877.

Opinion filed June 26, 1931. Rehearing denied July 7, 1931.

George E. Gorman, for appellants. Michael F. Ryan, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.